ROXY A. ALDEN, AS ADMINISTRATRIX, &c., RESPONDENT, v. THE PRESIDENT, &c., OF THE DELAWARE & HUDSON CANAL COMPANY, APPELLANT.

Judgment and order affirmed, with costs.

LEARNED, P. J., taking no part.

REMUS A. KNEELAND, APPELLANT, v. MERRITT P. McKOON, RESPONDENT.

Order reversed, with $10 costs, and printing disbursements.

JACOB GLADKE AND ANOTHER, APPELLANTS, v. ISAAC BERNSTEIN, RESPONDENT.

WILLIAM P. ELLISON AND ANOTHER, APPELLANTS, v. ISAAC BERNSTEIN, RESPONDENT.

LOUIS LEVERSON AND ANOTHER, APPELLANTS, v. ISAAC BERNSTEIN, RESPONDENT.

Orders affirmed, with $10 costs, and printing disbursements, in each case.

WATSON HAM, AS ADMINISTRATOR, &c., APPELLANT, v. EDMUND H. VAN ORDEN, TRUSTEE, &c., RESPONDENT.

Judgment affirmed, with costs.

LEARNED, P. J., taking no part.

JOHN HART, AS ADMINISTRATOR, &c., APPELLANT, v. THE HUDSON RIVER BRIDGE COMPANY AT ALBANY, RESPONDENT.

Motion denied, and judgment ordered for defendant on verdict, with costs.

THE PEOPLE OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR, v. JAMES B. KING, PLAINTIFF IN ERROR.

Judgment and conviction affirmed.

CHARLES W. LOOMIS, AS EXECUTOR, &c., OF JUSTUS PICKERING, DECEASED, APPELLANT, v. THEODORE C. MASON, RESPONDENT, IMPLEADED, &c.

Judgment affirmed, with costs.